PROVIDED BY LIBERTY CI
JUN 29 2023
FOR MAILING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Jarol ANTONIO SANTIAGO,
    PLANTIFF,

Case No. 3:22cv-24375-LC-HTC

v.

DAVID KUDSEN et al;
    defendant.
_____/

MOTION FOR CLARIFICATION

Come now Jarol Santiago Pro Se Plaintiff Send a Objection on 5-26-23 but on the from Page botten of the front Page it's said, inmate that I did not get an affidavit because I was transfer. P.2 Doc 1. thas a wrong reference, it Should Say P.2. Doc date 5-8-23. Do I have to amend or the Court can Clarify that mistake.

Respectfully Submitted this 29 day of June 2023

/s/ Jarol A. Santiago

Jarol Santiago Pro Se
DC# 135912
Liberty C.I.
11064 NW. Demspey Barron Road
Bristol FL 32321

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was place on the hands of institutional official for purpose of mailing by US mail to NORTHERN DISTRICT OF FLORIDA 1 N. PALAFOX ST PenSacola, FL 32502 and to ATTORNEY COPPINS MONROE P.A. 1319 THOMASWOOD DR. TALLAHASSEE FL 32308 on this day 29 of June 2023.

4.