UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAROL ANTONIO SANTIAGO,

    Plaintiff,

v.     Case No. 3:22cv24375-LC-HTC

MANAGER DAVID KNUDSEN,
HEAD SUPERVISOR MISS WING,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 12, 2023 (ECF No. 42), recommending Defendant David Knudsen's motion for summary judgment (ECF Doc. 18) be granted. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation, ECF No. 42, is adopted and incorporated by reference in this order.

2. Defendant Knudsen's Motion for Summary Judgment, ECF Doc. 18, is GRANTED, and the clerk is directed to enter judgment in favor of Defendant Knudsen.

3. The case is referred back to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 6th day of July, 2023.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**