UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAROL ANTONIO SANTIAGO,

    Plaintiff,

v.                                                     Case No. 3:22cv24375-LC-HTC

URSULA WYNN,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 17, 2023 (ECF No. 71), recommending Defendant's motion to dismiss be granted for Plaintiff's failure to exhaust his administrative remedies. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 71) is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss (ECF No. 63) is GRANTED and this action is DISMISSED for failure to exhaust.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 1st day of November, 2023.

        *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**